IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-166-MEF |
| | ) | (WO) |
| IGNACIO ALVAREZ-VALENCIA | ) | |

# **O R D E R**

Pursuant to the Memorandum Opinion and Order issued on February 18, 2010 (Doc. #27), it is hereby

ORDERED that the indictment is DISMISSED and the case is closed.

DONE this the 18th day of February, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE